# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

BARBARA J. MILLER,                )
                                  )
                Plaintiff,  )
                                  )
        v.                ) No. CIV-09-186-FHS-KEW
                                  )
MICHAEL J. ASTRUE,                )
Commissioner Social Security      )
Administration,                   )
                                  )
                Defendant.  )

## ORDER

On August 24, 2010, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. An objection was filed on September 7, 2010.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained**.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 13th day of September, 2010.

Frank H. Seay
United States District Judge